**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1874**

---

ARDIS W. SMALLS,

                              Plaintiff - Appellant,

        versus

SOUTH CAROLINA ELECTRIC & GAS COMPANY; ROBERT
A. BARTON; STEPHEN A. BYRNE; GREGORY H.
HALNON; APRIL R. RICE,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Terry L. Wooten, District Judge. (CA-
02-1627-25-BD)

---

Submitted:  December 4, 2002          Decided:  January 16, 2003

---

Before MOTZ, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ardis W. Smalls, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ardis W. Smalls appeals the district court's order accepting the recommendation of the magistrate judge and summarily dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Smalls v. South Carolina Electric & Gas Co., No. CA-02-1627-25-BD (D.S.C. filed July 15, 2002; entered July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED